# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOAN OLILLA,** | : |
| | : Case No. 2:20-CV-019 |
| **Plaintiff,** | : |
| | : **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. | : |
| | : **Magistrate Judge Deavers** |
| **LOWE'S HOME CENTERS, LLC,** | : |
| | : |
| | : |
| **Defendant.** | : |

## ORDER

This matter is before the Court on Defendant Lowe's Home Centers, LLC's ("Lowe's") unopposed Motion to Remand to state court. (ECF No. 9.)  On December 31, 2019, Defendant removed this action from the Court of Common Pleas for Jefferson County, Ohio to federal court on the basis of diversity jurisdiction under 28 U.S.C. § 1332. (ECF No. 2). Defendant now represents that its counsel conferred with Plaintiff's counsel and Plaintiff has agreed to stipulate her damages do not exceed the jurisdictional amount in controversy requirement of $75,000 under 28 U.S.C. § 1332(a). (ECF No. 9). Lowes maintains that Plaintiff will formally submit this stipulation upon remand because she is not admitted to practice in this Court. (*Id.*). Lowes indicates it is satisfied with Plaintiff's representations and requests the Court remand the matter to state court. (*Id.*). Plaintiff has not filed any objections. Accordingly, this case is **REMANDED** to the Court of Common Pleas for Jefferson County, Ohio for further proceedings.

    **IT IS SO ORDERED.**

                                                                           **ALGENON L. MARBLEY**
**DATED:  July 15, 2020**                        **CHIEF UNITED STATES DISTRICT JUDGE**